IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR344 |
| vs. | |
| LANCE BARBER, | ORDER |
| Defendant. | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Kate O. Rahel, as a Criminal Justice Act Training Panel Member, to assist in the defense of Lance Barber.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Kate O. Rahel is hereby assigned to assist Assistant Federal Public Defender (AFPD) Michael F. Maloney in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Kate O. Rahel shall not be eligible to receive compensation for her services in this case.

AFPD Michael F. Maloney shall continue to be primary counsel on behalf of the Defendant, Lance Barber.

Dated this 17th day of January, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge