IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LANCE BARBER<br><br>                    Defendant. | **8:17CR344**<br><br>**ORDER** |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [26].  Counsel is seeking to continue trial and states the defendant is currently in custody in the Nebraska Department of Corrections, Diagnostic and Evaluation Center in Lincoln, Nebraska until August 7, 2018.  For good cause shown,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [26] is granted as follows:

1.  The jury trial, now set for May 29, 2018, is continued to **August 28, 2018.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 28, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 25th day of May, 2018.

                              BY THE COURT:

                              s/Susan M. Bazis
                              United States Magistrate Judge